UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HALBERT E. DOCKINS, JR.,

        Plaintiff,

v.

AMAZON PRIME VIDEO, INC., *et al.*,

        Defendants.

Case No. 1:25-cv-03031

**STIPULATION EXTENDING BRIEFING DEADLINES FOR
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS AND FOR DEFENDANTS' REPLY BRIEF**

    Plaintiff and Defendants Amazon Prime Video, Inc. *et al.*, (collectively, "Defendants") jointly move the Court for an Order (i) extending the deadline for Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion To Dismiss Plaintiff's Amended Complaint to November 14, 2025, and (ii) extending the deadline for Defendants' Reply Memorandum to November 28, 2025.  In support of these requests, the parties hereby stipulate and agree as follows:

    1.    On October 17, 2025, Defendants served their Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 22) ("Motion").  Defendants' Memorandum of Points and Authorities in Support of the Motion consists of several arguments based on District of Columbia statutes, the First Amendment to the U.S. Constitution, and the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*  Absent an extension, the deadline for Plaintiff to respond to the Complaint is October 31, 2025.

2. In light of Plaintiff's lead counsel having just returned from travel abroad and the issues raised in Defendants' Motion, counsel for Plaintiff requested that Defendants agree to extend Plaintiff's deadline to file his opposition to the Motion. Defendants agreed, and the parties also agreed to extend the deadline for Defendants' reply brief, subject to the Court's approval.

3. The parties believe that, based on the foregoing, there is good cause for their proposed adjustments to the schedule. Accordingly, Plaintiff and Defendant jointly move for the entry of the attached Proposed Order establishing deadlines for the remaining briefing on Defendants' Motion as follows:

a. Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion To Dismiss Plaintiff's Amended Complaint shall be extended to November 14, 2025; and

b. Defendants' Reply Memorandum shall be extended to November 28, 2025.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant the relief requested herein.

DATED: October 30, 2025                                      Respectfully submitted,

| *s/ Melvin White* | *s/ Meenakshi Krishnan* |
|---|---|
| Melvin White<br>(D.C. Bar No. 422087)<br>BERLINER CORCORAN & ROWE LLP<br>1101 17th Street, N.W., Suite 1100<br>Washington, D.C. 20036-4798<br>Telephone: (202) 293-5555<br>Fax: (202) 293-9035<br>Email: mwhite@bcrlaw.com<br><br>Tricia P. Hoffler<br>(D.C. Bar No. 419816)<br>The CK Hoffler Firm<br>27 Lenox Point NE<br>Atlanta, GA 30324<br>Telephone: 404-263-0201 | Meenakshi Krishnan<br>(D.C. Bar No. 1617229)<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street NW, Suite 500 East<br>Washington, D.C. 20005<br>Telephone: (202) 973-4200<br>meenakshikrishnan@dwt.com<br><br>Diana Palacios (*admitted pro hac vice*)<br>Christina Salvato (*admitted pro hac vice*)<br>Joel Richert (*admitted pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071 |

| | |
|---|---|
| ck@ckhofflerfirm.com<br>*Admitted Pro Hac Vice*<br><br>Latif Oduola-Owoo (GA Bar No. 100136)<br>Arrington/Owoo P.C.<br>1372 Peachtree Street NE, Suite 100<br>Atlanta, GA 30309<br>Telephone: 404-421-8098<br>Latif.aomlaw@outlook.com<br>*Admitted Pro Hac Vice*<br><br>Michael E. Pérez (GA Bar No. 572127)<br>The Pérez Law Firm, LLC<br>3575 Piedmont Rd NE, Bldg 15-L130<br>Atlanta, GA 30305<br>Telephone: 404-480-4299<br>michael@perezlawfirmllc.com<br>*Admitted Pro Hac Vice*<br><br>Moorisha Bey-Taylor (CA Bar No. 342636)<br>Law Office of Moorisha Bey-Taylor<br>506 S Spring St # 13142<br>Los Angeles, CA 90013-3207<br>Telephone: 213-290-0092<br>attorney@moorishabey.com<br>*Admitted Pro Hac Vice*<br><br>Shannon Holmes (TX Bar No. 24076446)<br>Law Firm of Shannon Anthony Holmes PLLC<br>8585 N Stemmons Fwy., Ste 148M<br>Dallas, Texas  75247<br>Telephone: (214) 814-6834<br>shannon@shannonaholmes.com<br>*Admitted Pro Hac Vice*<br><br>*Counsel for Plaintiffs* | Telephone: (213) 633-6800<br>dianapalacios@dwt.com<br>tinasalvato@dwt.com<br>joelrichert@dwt.com<br><br>*Counsel for Defendants* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2025, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

*/s/ Melvin White*
Melvin White
